PAPERS IN FILE (1836): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return.
*File No.* 156.

 UNITED STATES *versus* ONE PIECE WHITE FLANNEL, ONE PIECE RED BAIZE, ONE PIECE GREEN BAIZE, EIGHT PIECES BOMBAZETTE, SIXTEEN PIECES CALICO, ONE PIECE FURNITURE PRINTS, FOUR PIECES PRINTED MUSLIN, ONE PIECE SCOTCH PLAID, ONE PIECE DOMESTIC PLAID, ONE PIECE CIRCASSIAN, ONE PIECE APIAN CHECK, ONE PIECE DOMESTIC STRIPE, ONE PIECE HUCKABACK TOWELING, ONE PIECE BLEACHED SHIRTING, ONE PIECE GINGHAM, FOUR PIECES CHAMBRAY GINGHAM, ONE PIECE LINEN BED TICKING, FOUR PIECES COLORED CAMBRIC, ONE PIECE MARSEILLES VESTING, SIX PAIRS MEN'S HOSE, THIRTEEN PIECES COTTON HANDKERCHIEFS, FOUR IMITATION CASHMERE SHAWLS, EIGHTEEN PAIRS WORSTED HOSE, TEN SHIRTS, EIGHT CAPS, NINE PAIRS CHILDREN'S GLOVES, THIRTEEN COTTON CRAVATS, TWO SETS TABLE MATS, EIGHT PAIRS GLOVES, TWO POUNDS LINEN THREAD, ONE LOT SEWING SILK, ONE PIECE BINDING, ONE LOT COTTON THREAD, THIRTEEN PIECES RIBBON, ONE FUR CAP, SIX HAND SAWS, NINE HATS, AND BOXES AND ONE LOT OF SUNDRIES. 

JOURNAL ENTRIES: (1) Jan. 4, 1836: libel filed, time fixed for hearing, notice ordered published; (2) Jan. 23, 1836: publication proved, proclamation made, motion for judgment.

PAPERS IN FILE (1836): (1) Libel; (2) published notice, proof of publication and posting; (3) letter—Secretary of the Treasury to Judge Morell.
*File No.* 160.

 UNITED STATES *versus* SIXTEEN AND ONE-HALF YARDS OLIVE BROADCLOTH, ONE PIECE PETERSHAM, AND ONE PIECE BROWN BROADCLOTH. 

JOURNAL ENTRIES: (1) Jan. 4, 1836: libel filed, time fixed for hearing, notice ordered published; (2) Jan. 23, 1836: publication proved, proclamation made, property forfeited, sale and notice of sale ordered.
PAPERS IN FILE (1836): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return.
*File No.* 158.

 UNITED STATES *versus* NINETY-FIVE AND ONE-HALF BUSHELS OATS. 

JOURNAL ENTRIES: (1) Jan. 4, 1836: libel filed, time fixed for hearing, notice ordered published; (2) Jan. 23, 1836: publication proved, proclamation made, property forfeited, sale and notice of sale ordered.
PAPERS IN FILE (1836): (1) Libel; (2) published notice, proof of publication and posting; (3) copy of order of sale, return.
*File No.* 159.

 UNITED STATES *versus* GEORGE RANKIN. 

JOURNAL ENTRIES: (1) Jan. 8, 1836: arraignment, plea of not guilty, motion for continuance granted, recognizance; (2) June 7, 1836: defendant called, default, continued.
PAPERS IN FILE (1836): (1) Indictment; (2) affidavit for continuance.
*File No.* 163.